**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE SYNTHROID MARKETING LITIGATION | ) No. 97 C 6017 ) ) MDL No. 1182 |
| This Document Relates to: ALL ACTIONS | ) ) Hon. Elaine E. Bucklo ) |

**ORDER ON *CY PRES* DISPOSITION OF
RESIDUE OF CONSUMER CLASS SETTLEMENT FUND
TO THE BETTY DONG CENTER**

This matter having come before the Court on Consumer Class Plaintiffs' Motion for Cy Pres Distribution of Residual Class Settlement Fund, due notice having been served, and the parties having had a full opportunity to express their respective positions;

IT IS HEREBY ORDERED THAT:

1. The rights of all claimants with respect to uncashed distributions from the Settlement Fund are hereby terminated and those funds will be included in the distribution authorized below.

2. The residual balance of the Settlement Fund shall be contributed to the Betty Dong Center to Improve Drug Prescribing, less any required tax or bank charges.

3. Class Counsel and the Settlement Administrator are hereby discharged from further responsibility for the Consumer Settlement Fund upon compliance with this Order.

ENTERED: 7/20/2011

*/s/ Elaine E. Bucklo*

Honorable Elaine E. Bucklo