Synthroid Marketing, et al.
                    Plaintiff,

v.                                              Case No.: 1:97–cv–06017
                                                Honorable Elaine E. Bucklo

BASF Corporation, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2011:

    MINUTE entry before Honorable Elaine E. Bucklo:Plaintiffs' motion for Cy Press distribution (1073) will be heard on 8/4/2011 at 09:30 AM. as previously scheduled.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.