**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Synthroid Marketing, et al.
                              Plaintiff,

v.                                              Case No.: 1:97–cv–06017
                                                Honorable Elaine E. Bucklo

BASF Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 4, 2011:

    MINUTE entry before Honorable Elaine E. Bucklo:Plaintiffs' motion for Cy Press Distribution [1073] heard on 8/4/11 and the motions is granted as set forth in the Order.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.