IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SYNTHROID MARKETING LITIGATION | ) No. 97 C 6017 |
| | ) MDL No. 1182 |
| This Document Relates to: | ) |
| ALL ACTIONS | ) Hon. Elaine E. Bucklo |

**ORDER ON CY PRES DISPOSITION OF
RESIDUE OF CONSUMER CLASS SETTLEMENT FUND**

This matter having come before the Court for the distribution of unclaimed settlement funds, due notice having been served, and the parties being in agreement;

IT IS HEREBY ORDERED THAT:

1. The rights of all claimants with respect to uncashed distributions from the Settlement Fund are hereby terminated and those funds will be included in the distribution authorized below.

2. The residual balance of the Settlement Fund shall be distributed pursuant to the attached Proposal.

3. Class Counsel and the Settlement Administrator are hereby discharged from further responsibility for the Consumer Settlement Fund upon compliance with this Order.

ENTERED: 8/4/2011

_____
Honorable Elaine E. Bucklo

## Proposed CyPres Recipients

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 1. | Health & Disability Advocates | www.hdadvocates.org | Health & Disability Advocates (HDA) is a national organization, based in Chicago, Illinois, that uses multiple strategies to promote income security and improve healthcare access and services for children, people with disabilities and low-income, older adults. HDA's team of legal and policy experts provides a range of services including individual client services and legal representation, and customized trainings and technical assistance for a range of audiences, including consumers, service providers and state agencies. We also develop innovative projects and policies to protect and strengthen federal and state safety-net programs including Supplemental Security Income (SSI), Social Security Disability Insurance (SSDI), Medicare and Medicaid. | $500,000 |
| 2. | RX Outreach | www.rxoutreach.org | Rx Outreach is a non-profit charitable organization to provide affordable medications for people in need, including medicines for thyroid disease. | $500,000 |
| 3. | National Association of Free Clinics | www.freeclinics.us | The National Association of Free Clinics (NAFC) is the only nonprofit 501c(3) organization whose mission is solely focused on the issues and needs of the more than 1,200 free clinics and the people they serve in the United States. Founded in 2001 and headquartered in Washington, D.C., the NAFC is an effective advocate for the issues and concerns of free clinics, their volunteer workforce of doctors, dentists, nurses, therapists, pharmacists, nurse practitioners, technicians and other health care professionals, and the patients served by free clinics in communities throughout the nation. | $500,000 |
| 4. | National Association of Community Health Centers | www.nachc.org | The mission of the NACHC is: "To promote the provision of high quality, comprehensive and | $500,000 |

1

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 5. | Equal Justice Works | www.equaljusticeworks.org | affordable health care that is coordinated, culturally and linguistically competent, and community directed for all medically underserved populations." The mission of Equal Justice Works is to create a just society by mobilizing the next generation of lawyers committed to equal justice. We provide leadership to ensure a sustainable pipeline of talented and trained lawyers are involved in public service. Equal Justice Works provides a continuum of programs that begin with incoming law school students and extend into later careers in the profession. We provide the nation's leading public interest law fellowship program and offer more postgraduate, full-time legal positions in public service than any other organization. | $500,000 |
| 6. | Legal Assistance Foundation | www.lafchicago.org | At the Legal Assistance Foundation of Metropolitan Chicago we work together to provide high-quality civil legal services to low- income and disadvantaged people and communities. Through advocacy, education, collaboration and litigation we empower individuals, protect fundamental rights, strengthen communities, create opportunities and achieve justice. In carrying out our mission we treat all people with compassion and respect. | $300,000 |
| 7. | Chicago Bar Foundation | www.chicagobarfoundation.org | The Chicago Bar Foundation mobilizes our legal community around a cause that is a distinctive responsibility of our profession: ensuring that everyone in the Chicago metropolitan area has equal access to justice, particularly the low-income and disadvantaged people who are in most critical need of the protections of the legal system. Through grants, advocacy, pro bono and partnerships, the CBF takes a system-wide approach to improving access to justice and focuses on those objectives that are best achieved by the legal community working | $300,000* Plus any excess amount in fund after these distributions are made, including interest earned, tax refunds, or any other excess funds. |

2

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 8. | Chicago Volunteer Legal Services | www.cvls.org | together. CVLS is an organization of nearly 3,000 volunteer attorneys who donate free legal services to thousands of low-income Chicagoans annually. Our services are free, accessible and real. Find out how you can join us in our fight for equal access to justice. | $200,000 |
| 9. | American Civil Liberties Foundation of San Diego and Imperial Countries | www.aclusandiego.org | The ACLU of San Diego and Imperial Counties fights for individual rights and fundamental freedoms for all through education, litigation, and policy advocacy. | $100,000 |
| 10. | Philadelphia Bar Foundation | www.philabarfoundation.org | The Philadelphia Bar Foundation is dedicated to promoting access to justice for all people in the community, particularly those struggling with poverty, abuse and discrimination. The Bar Foundation is the embodiment of the Philadelphia legal community's commitment to this fundamental principle. We accomplish this mission by providing grants and technical assistance in support of quality legal services, addressing unmet legal needs and providing education on matters in the public interest. | $220,000 |
| 11. | Bay Area Legal Service (Florida) | www.bals.org | We believe that access to justice is fundamental to strong, safe communities. Our lawyers, paralegals, and support staff are dedicated to providing free civil legal services to qualified and low-income residents and nonprofits throughout the Tampa Bay area. Last year, we helped and educated more than 25,000 individuals, families, and community groups. | $220,000 |
| 12. | MFY Legal Services, Inc. (New York) | www.mfy.org | MFY envisions a society in which no one is denied justice because he or she cannot afford an attorney. To make this vision a reality, MFY provides free | |

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 13. | Southeast Louisiana Legal Services – New Orleans Legal Assistance | www.slls.org | Southeast Louisiana Legal Services offers low-income people free legal aid for civil legal issues, including problems with income taxes & predatory home loans. | $220,000 |
| 14. | The Legal Aid Society (New York) | www.legal-aid.org | The Legal Aid Society is a private, not-for-profit legal services organization, the oldest and largest in the nation, dedicated since 1876 to providing quality legal representation to low-income New Yorkers. It is dedicated to one simple but powerful belief: that no New Yorker should be denied access to justice because of poverty. The Society handles 300,000 individual cases and matters annually and provides a comprehensive range of legal services in three areas: the Civil, Criminal and Juvenile Rights Practices. Unlike the Society's Criminal and Juvenile Rights Practices, which are constitutionally mandated and supported by government, the Civil Practice relies heavily on private contributions. | $220,000 |
| 15. | The Washington Legal Clinic for the Homeless | www.legalclinic.org | The Legal Clinic is a principal force in protecting the rights of homeless and other low-income people in the District of Columbia through representation in lawsuits, policy and budget advocacy with the DC Government for the homeless, and community outreach. The core of the Legal Clinic's work, through the Legal Assistance Project, is the representation of individual low- and no-income clients through a network of over 200 volunteer attorneys and legal assistants. | $240,000 |

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 16. | Lone Star Legal Aid | www.lonestarlegal.org | Lone Star Legal Aid is a 501(c)(3) nonprofit law firm with a rich and deeply respected history of advocacy on behalf of low-income and underserved populations. East Texas Legal Services, a largely rural legal aid program, and the primarily urban Gulf Coast Legal Foundation, along with a portion of Legal Aid of Central Texas, were combined to become Lone Star Legal Aid as it exists today: the fourth largest legal aid organization of its type in the United States. | $220,000 |
| 17. | San Francisco Volunteer Legal Services | www.sfbar.org/volunteer | The Volunteer Legal Services Program (VLSP) has been making meaningful change in people's lives, using our unique blend of legal services and social work, since 1977. Volunteer attorneys, paralegals, law students and others work alongside our staff to: Ensure the safety and stability of families and children through our Family Law Project; Keep individuals, families and children safely housed and off the streets, through our Eviction Prevention Project; Enhance the capacity of nonprofit organizations through our Community Organization Representation Project; Prevent debt from pushing people into poverty through our Consumer Debt Defense and Education Clinics; Mobilize the resources needed to move people who are homeless into housing, through our Homeless Advocacy Project. | $240,000 |
| 18. | Public Justice Foundation | www.publicjustice.net | The Public Justice Foundation is a not-for-profit, 501(c)(3) charitable membership organization that supports Public Justice's cutting-edge litigation and educates the public about the critical issues it addresses. Our membership includes leading trial lawyers, appellate lawyers, consumer advocates, environmental attorneys, employment lawyers, civil rights attorneys, class action specialists, law professors, law students, public interest advocates, and other people who care about justice. | $300,000 |

5

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 19. | Greater Boston Legal Services | www.gbls.org | Greater Boston Legal Services (GBLS) provides free civil (non-criminal) legal assistance to low-income people in Boston and thirty-one additional cities and towns. The help we offer ranges from legal advice to full case representation, depending on client need. | $220,000 |
| 20. | Appleseed | www.appleseednetwork.org | A non-profit network of 16 public interest justice centers in the United States and Mexico, Appleseed is dedicated to building a society in which opportunities are genuine, access to the law is universal and equal, and government advances the public interest. | $220,000 |
| 21. | American Antitrust Institute | www.antitrustinstitute.org | The American Antitrust Institute is an independent non-profit organization based in Washington D.C. with a mission to increase the role of competition, assure that competition works in the interests of consumers, and challenge abuses of concentrated economic power in the American and world economy. Through its education and advocacy work, the AAI provides valuable legal and economic information, analysis, and perspective on U.S. and international antitrust law, litigation, and legislation, with a particular focus on the effects of anticompetitive practices on consumers. | $100,000 |
| 22. | American Thyroid Association | www.thyroid.org | The American Thyroid Association (ATA) is the leading worldwide organization dedicated to the advancement, understanding, prevention, diagnosis and treatment of thyroid disorders and thyroid cancer. ATA is an international individual membership organization with over 1,400 members from 43 countries around the world. Celebrating its 88th anniversary, ATA delivers its mission through several key endeavors: the publication of highly regarded monthly journals, THYROID, Clinical | $50,000 |

| Index | Organization | Website | Mission Statement | Proposed Amount |
|---|---|---|---|---|
| 23. | ILEP – Institute for Law & Economic Policy | www.ilep.info | Thyroidology and Clinical Thyroidology for Patients; annual scientific meetings; biennial clinical and research symposia; research grant programs for young investigators, support of online professional, public and patient educational programs; and the development of guidelines for clinical management of thyroid disease.<br><br>The goal of the Institute for Law and Economic Policy (ILEP) is to formulate policy positions on issues involving the administration of civil justice within the American legal system. These issues include existing legal protections of all consumers and protection of the public interest in maintaining a safe environment. In addition, ILEP has especially focused on issues of government regulation, preservation of competition, and free and fair markets. ILEP is a not-for-profit corporation with tax deductible 501(c)(3) status. | $50,000 |
| 24. | The Institute for Consumer Antitrust Studies Loyola University Chicago – School of Law | www.luc.edu/law/academics/ special/center/antitrust/index | "The Institute for Consumer Antitrust Studies is a non-partisan, independent academic center designed to explore the impact of antitrust enforcement on the individual consumer and the public, and to shape policy issues. The Institute promotes a comprehensive, inclusive view of the benefits of competition law and policy that includes, yet goes beyond, prevailing narrow notions of economic efficiency. The Institute fulfills its mission by sponsoring symposia, academic colloquia and a unique student fellowship." | $100,000 |

7